THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:13-cv-00185-MR

| | |
|---|---|
| HELEN RADIN, ) ) Plaintiff, ) ) vs. ) ) CAROLYN W. COLVIN, Acting ) Commissioner of Social Security ) Administration, ) ) Defendant. ) _____ ) | **ORDER OF REMAND** |

**THIS MATTER** is before the Court on the Defendant's Consent Motion for Reversal and Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g). [Doc. 11]. The Plaintiff consents to the motion.

Sentence four of 42 U.S.C. § 405(g) provides, in pertinent part, that "[t]he court shall have power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing." The Defendant here has moved for reversal of her decision and for remand of this case for further administrative proceedings.

The Court finds that remand is appropriate. See Melkonyan v. Sullivan, 501 U.S. 89 (1991). Upon remand, the Commissioner shall further develop and evaluate the evidence of record, including the opinions of Rob Steward, M.D., and shall further evaluate Plaintiff's maximum residual functional capacity. If warranted, the Commissioner will also obtain medical expert testimony. Additionally, the Commissioner shall determine if the claimant has the residual functional capacity to meet the mental and physical demands of her past relevant work as she actually performed this work or as generally performed in the national economy and, if not, proceed to step five of the sequential evaluation process. If warranted, the Commissioner shall obtain supplemental vocational expert testimony.

**IT IS, THEREFORE, ORDERED** that the Defendant's Consent Motion for Reversal and Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) [Doc. 11] is **GRANTED**.

**IT IS FURTHER ORDERED** that the decision of the Commissioner of Social Security is hereby **REVERSED** and this case is hereby **REMANDED** for further administrative proceedings, consistent with this Order.

The Clerk of Court shall enter a separate Judgment of Remand simultaneously herewith, thereby closing the case.

**IT IS SO ORDERED.** Signed: February 24, 2014

Martin Reidinger
United States District Judge